IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               4:12-CR-00154-01-BRW

DON RAY HARRIS

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 125). The Clerk's office is directed to issue a summons for the defendant, Don Ray Harris, and a Hearing on the Motion is set for Friday, July 25, 2014 at 2:30 p.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, **Courtroom #389**, Little Rock, Arkansas. Danny W. Glover, P.O. Box 844, Wynne, AR 72396 and telephone number (870)238-2412, is appointed to represent Mr. Harris. The Clerk's Office is directed to prepare a CJA20 voucher and send to Mr. Glover forthwith.

IT IS SO ORDERED this 25th day of June, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE